℀AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

Mirabai Simon

**SUMMONS IN A CIVIL ACTION**

V.

City of New York, Police Officer Isidro Carrion
and Police Officer Janice Marshall

CASE NUMBER:

'08 CIV 5231

TO: (Name and address of Defendant)

City of New York
c/o Office of the NYC Corp. Counsel
100 Church Street
New York, NY 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jennifer Smith
Beranbaum Menken Ben-Asher & Bierman, LLP
80 Pine Street, 32nd Floor
New York, NY 10005

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 0 6 2008

CLERK _____

_____
(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/2/08 ||
| NAME OF SERVER *(PRINT)* Anderson Chan | TITLE Process Server ||

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: %o corporation counsel 100 Church St., 4th fl. New York, NY 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served upon Soraya Bonit, legal clerk, who is authorized to accept service on behalf of the defendant. F/B/B/40/5'6"/145

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/2/08___
       Date

X _____
*Signature of Server*
Anderson Chan - Lic # 1220482

315 Broadway, 3rd fl. New York, NY 10007
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.