✎AO 440 (Rev. 8/01) Summons in a Civil Action

JUDGE RAKOFF

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Mirabai Simon

**SUMMONS IN A CIVIL ACTION**

V.

City of New York, Police Officer Isidro Carrion
and Police Officer Janice Marshall

CASE NUMBER:



08 CV 5231

TO: (Name and address of Defendant)

Police Officer Janice Marshall
59th Street - Columbus Circle (New York City Subway)
New York, NY 10019

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jennifer Smith
Beranbaum Menken Ben-Asher & Bierman, LLP
80 Pine Street, 32nd Floor
New York, NY 10005

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                          JUN 0 6 2008

CLERK _____[signature]_____                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 2, 2008 at 9:15 AM |
| NAME OF SERVER (PRINT) BARRY GERMAN | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 59th Street - Columbus Circle (New York City Subway) New York, NY 10019

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon P.A.A. "Jane Smith", co-worker of the defendant. F, BlK, BlK, 40, 5'6, 190

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 3, 2008
*Date*

X _____
*Signature of Server*
BARRY GERMAN - 982866

8685 17th Ave Brooklyn NY 11214
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.